BROOKE MACKALL et al., Appellants, *v.* JACOB VAN VECHTEN OLCOTT et al., Respondents.

*Mackall* v. *Olcott*, 93 App. Div. 282, affirmed.
(Argued January 11, 1906; decided January 30, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1904, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial.

*Herbert C. Smyth, Frank Trenholm* and *Millard F. Tompkins* for appellants.

*J. Hampden Dougherty* and *James MacGregor Smith* for respondents.

Order affirmed and judgment absolute ordered against the appellants on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.